IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF ALABAMA

UNITED STATES OF AMERICA
PLAINTIFF,

vs.   CASE NO: 3:08CV133

SAWELIJA TYREE FLOYD
DEFENDANT.

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

I, Sawelija Tyree Floyd, declare that I am the movant in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefore; that I believe I am entitled to relief.

1. Are you presently employed? Yes [ ] No [x]

   a. If the answer is "yes" state the amount of your salary or wages per month, and give the name and address of your employer. __N/A__

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. __April 2006   $8.00 an hour   1200 to 1300 a month__

37

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment? Yes [ ] No [✓]
   b. Rent payments, interest or dividends? Yes [ ] No [✓]
   c. Pensions, annuities or life insurance payments? Yes [ ] No [✓]
   d. Gifts or inheritances? Yes [ ] No [✓]
   e. Any other sources? Yes [✓] No [ ]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. Sister's and Mother and Brother (They all pitch in). I recieve about $60 dollars bi weekly (sometimes.)

3. Do you own cash, or do you have money in checking or Savings account? Yes [ ] No [✓]
   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes [ ] No [✓]

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. My two Daughters, but I give no support right now.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on Feb 18, 08 (date).

Signature of Movant

CERTIFICATE

I hereby certify that the movant herein has the sum of $94.00 _____ on account to his credit at the Staton Correctional institution where he is confined.

I further certify that movant likewise has the following securities to his credit according to the records of said _____ institution: See attached

_Tracy McMahon_
Authorized Officer of Institution

```
                    STATE OF ALABAMA
                DEPARTMENT OF CORRECTIONS
                Staton Correctional Facililty
```

AIS #: 190962       NAME: FLOYD, SAWELIJA              AS OF: 02/19/2008

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| FEB   | 9         | $0.00             | $0.00            |
| MAR   | 31        | $0.00             | $0.00            |
| APR   | 30        | $0.00             | $0.00            |
| MAY   | 31        | $0.00             | $0.00            |
| JUN   | 30        | $0.00             | $0.00            |
| JUL   | 31        | $0.00             | $0.00            |
| AUG   | 31        | $0.00             | $0.00            |
| SEP   | 30        | $36.13            | $131.95          |
| OCT   | 31        | $42.12            | $175.00          |
| NOV   | 30        | $32.62            | $165.00          |
| DEC   | 31        | $41.66            | $220.00          |
| JAN   | 31        | $46.68            | $220.00          |
| FEB   | 19        | $59.32            | $140.00          |