IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SAWELIJA TYREE FLOYD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:08-cv-133-MEF |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the United States, Defendant in the above-captioned matter, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in accordance with the June 12, 2007, Order of this Court, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

❑     This party is an individual, or

☒     This party is a governmental entity, or

❑     There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported: None.

Dated this the 28th day of February, 2008.

          LEURA G. CANARY
          United States Attorney

By: /s/Nathan D. Stump
     NATHAN D. STUMP
     Assistant United States Attorney
     Attorney for Defendant
     Post Office Box 197
     Montgomery, AL 36101-0197
     Telephone No.: (334) 223-7280
     Facsimile No.: (334) 223-7135
     E-mail: nathan.stump@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United State Postal Service the document to the following non-CM/ECF participant: Sawelija Tyree Floyd, No. 190962, Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025.

     s/Nathan D. Stump
     Assistant United States Attorney