IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SAWELIJA TYREE FLOYD | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:08cv133-MEF |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**UNITED STATES' MOTION TO EXTEND RESPONSE DATE
TO DEFENDANT SAWELIJA TYREE FLOYD'S 28 U.S.C. §2255 MOTION**

Comes now the United States of America by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and submits this request to extend the United States's response date to Defendant Sawelija Tyree Floyd's 28 U.S.C. §2255 motion, and as grounds states the following:

1. The government's response to Sawelija Tyree Floyd's § 2255 motion is currently due March 27, 2008.

2. This case was re-assigned to the undersigned Assistant United States Attorney who did not participate in the suppression hearing or the appeal in the related criminal case.

3. There are voluminous documents to review in order for the government to properly prepare a thorough response.

4. Defendant will not be prejudiced by a short continuance.

Wherefore, the government respectfully requests an extension to April 7, 2008, in which to file its response.

Respectfully submitted on this 17th day of March , 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY


        /s/Nathan D. Stump
        NATHAN D. STUMP
        131 Clayton Street
        Montgomery, AL 36104
        Phone:  (334) 223-7280
        Fax:  (334) 223-7135
        E-mail:  nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **SAWELIJA TYREE FLOYD** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 3:08cv133-MEF** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system; and I hereby certify that I have mailed by United States Postal Service the Motion to Extend Response Date to the following non-CM/ECF participant: Sawelija Tyree Floyd, AIS 190962, ADOC Staton, Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025.

    Respectfully submitted,

    /s/Nathan D. Stump
    NATHAN D. STUMP
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: nathan.stump@usdoj.gov