IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SAWELIJA TYREE FLOYD, | ) | |
| Petitioner, | ) ) ) | |
| v | ) ) | Civil Action No. 3:08cv133-MEF |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on March 17, 2008 (Doc. No. 7), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the United States be GRANTED an extension from March 27, 2008, to and including April 7, 2008, to file a response to the petitioner's 28 U.S.C. § 2255 motion in compliance with this court's order entered on February 26, 2008.

Done this 18th day of March, 2008.

    /s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE