# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| SAWELIJA TYREE FLOYD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:08cv133-MEF |
| UNITED STATES OF AMERICA, ) | (CR No.: 3:05cr-187-LSC) |
| ) | |
| Respondent. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the United States of America, Respondent in the above-captioned case, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of Middle District of Alabama's General Order No. 3047:

☐   This party is an individual, or

☒   This party is a governmental entity, and

☒   There are no entities to be reported, or

1

☐	The following entities and their relationship to the party are hereby reported: None.

Done this 26th day of March, 2008.

          LEURA G. CANARY
          UNITED STATES ATTORNEY


          /s/  Sandra J. Stewart
          SANDRA J. STEWART
          Assistant United States Attorney
          131 Clayton Street
          Montgomery, AL  36101-0197
          (334) 551-1764
          (334) 223-7135

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| SAWELIJA TYREE FLOYD,      ) | |
| ) | |
| Petitioner,      ) | |
| ) | |
| v.                         ) | Civil Action No. 3:08cv133-MEF |
| UNITED STATES OF AMERICA, ) | (CR No.: 3:05cr-187-LSC) |
| ) | |
| Respondent.     ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2008, I electronically filed the foregoing Conflict Disclosure Statement with the Clerk of the Court using the CM/ECF system and mailed, postage prepaid, a copy of this response to the *pro se* Defendant/Movant as follows:

> Sawelija Tyree Floyd
> Rg. #190962
> Staton Correctional Facility
> P. O. Box 56
> Elmore, Al 36025-0056

> Respectfully submitted,
>
> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
>
> /s/ Sandra J. Stewart
> SANDRA J. STEWART
> Assistant United States Attorney
> 131 Clayton Street
> Montgomery, AL 36101-0197
> (334) 551-1764
> (334) 223-7135