IN THE DISTRICT COURT OF THE
UNITED STATES FOR THE MIDDLE DISTRICT
OF ALABAMA EASTERN DIVISION



Sawelija Tyree Floyd
    Petitioner

vs.                                               Civil Action # 3:08 CV-133 MEF

United State of America
    Respondent.

## REQUEST FOR EXTENTION OF ENLARGMENT OF TIME

Comes now the Petitioner Sawelija Tyree Floyd (pro-se) in the above style and cause moved this Honorable Court with a request for Extensions of Enlargement of Time based on the following reasoning herein stated:

(1) The Petitioner is housed within a State Department of Corrections Facility.

(2) That additional time is needed to properly research the facts and pertinent issues of law.

(3) The Petitioner's access and allotted time within the State's Law Library is limited and is overridden by security issues.

(4) The Petitioner's response is now due before this Court on April 25th, 2008 with the extension of seven working days the response will be due on May 2nd, 2008.

Whereby all premises considered the Petitioner request in good faith an extension of (7) seven additional days in which to respond to this Court's order of 4th. day of April 2008.

Done this the 18 day of April, 2008.

Respectfully submitted,

*Sawelija Tyree Floyd*
Sawelija Tyree Floyd, pro-se

## CERTIFICATE OF SERVICE

I certify that I have sent a copy of the foregoing to the following by way of first class postage and properly addressed as appears below.

Attorney William P. Blanchard
505 South Perry Street
P. O. Box 746
Montgomery, Alabama 36101-0744

*Sawelija Tyree Floyd*
Sawelija Tyree Floyd #190962/F3-24B
S. C. C.
P.O.Box # 56
Elmore, AL 36025-0056

Sawelija Tyree Floyd
A. I. S. # 190962/F3-24B
Staton Corr. Fac.
P.O.Box #56
Elmore, AL .36025-0056



United States District Clerk
Debra P. Hackett
B119 Frank M. Johnson, Jr. U. S. Courthouse Complex
One Church St.
P. O. Box# 711
Montgomery, AL 36101-0711



Legal Mail