IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2008 MAY -2  A 10: 00

EBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| SAWELIJA TYREE FLOYD,<br>PETITIONER | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION No: 3: 08 cv 133-MEF |
| VS. | )<br>) |
| UNITED STATES OF AMERICA,<br>RESPONDENT | )<br>)<br>)<br>) |

PETITIONER'S   AFFIDAVIT IN SUPPORT

Sawelija Tyree Floyd, pro-se
A.I.S.# 190962/F3-24B
S. C. C.
P. O. Box # 56
Elmore, AL 36025-0056

I Sawelija Tyree Floyd, I'm over the age of 21 years of age.

I do hereby depose and say while being in the present of a Notary Public that I retained Attorney William R. Blanchard to represent me on the charge of possession with the intent to distribute marijuana, cocaine base, cocaine, and ecstasy.

That Mr. William R. Blanchard performance was unreasonable and defiant, counsel was ineffective in assistance and that I the Petitioner Sawelija Tyree Floyd's Appeal was wholly prejudiced by Attorney Blanchard's, failure to challenge the Affidavit and warrant, the Indictment and or plea agreement and his failures to file a motion challenging the hearsay information of a reliable informant in this matter.

Respectfully Submitted.

_____
Sawelija Tyree Floyd, pro-se

SWORN TO AND SUBSCRIBED BEFORE ME this the __29__ day of __April__, 2008.

_____
Notary Public
My Commission Expires: __12/06/2008__

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following by placing a copy of the same in the United States Mail, postage prepaid on this the 29 day of April, 2008.

United States District Clerk
Debra P. Hackett
B119 Frank M. Johnson, Jr. U. S. Courthouse Complex
One Church St.
P. O. Box# 711
Montgomery, AL 36101-0711

Hon; Todd Brown
Assistant United States Attorney
Court Square, Suite 201,
Montgomery, AL 36104

Attorney William R. Blanchard
505 South Perry St.
Post Office Box # 746
Montgomery, Al 36101-0746

Respectfully Submitted.

_Sawelija Tyree Floyd_
Sawelija Tyree Floyd, pro-se
A .I. S .# 190962/F3-24B
S. C. C.
P. O. Box # 56
Elmore, AL 36025-0056