IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

SAWELIJA TYREE FLOYD, )
)
   Petitioner, )
v. ) CASE NO. 3:08-cv-0133-MEF
)
UNITED STATES OF AMERICA, )
)
   Respondent . )

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #27) filed on March 10, 2010 is OVERRULED;

(2) The Recommendation of the United States Magistrate Judge (Doc. #24) entered on February 18, 2010 is ADOPTED;

(3) The 28 U.S.C. § 2255 motion filed by Floyd is DENIED as the claims therein entitled him to no relief.

DONE this the 23rd day of March, 2010.

                                          /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE